IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS FERNANDO BOLOM TZI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 26-11 |
| | : | |
| **JL JAMISON** | : | |

## ORDER

AND NOW, this 5th day of January 2026, upon reviewing Carlos Fernando Bolom Tzi's Petition for *habeas corpus* (ECF 1) and Motion for temporary restraining order (ECF 2), neither of which are signed by Mr. Bolom or an attorney of record, but mindful of alleged exigencies, it is **ORDERED** we **DISMISS** the Petition (ECF 1) and **DENY** the Motion for a temporary restraining order (ECF 2) without prejudice to Petitioner seeking relief under this caption compliant with Rule 11 and effecting service upon the Assistant United States Attorneys presently assigned to review these matters: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

_____
KEARNEY, J.